**Robert I. JACOBS,
Petitioner–Appellant,**

v.

**Linda S. JACOBS, Respondent.**

**No. 52769.**

Missouri Court of Appeals,
Eastern District.

Nov. 24, 1987.

Motion for Rehearing and/or Transfer
Denied Dec. 31, 1987.

Application to Transfer Denied
Feb. 17, 1988.

John A. Kilo, Elliott I. Goldberger, Klutho, Cody, Kilo and Flynn, St. Louis, for petitioner-appellant.

Patricia A. Riehl, Hillsboro, for respondent.

### ORDER

PER CURIAM.

This is an appeal from the trial court's judgment in a dissolution case. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30 (Mo. banc 1976). An extended opinion would have no precedential value.

The judgment is affirmed in accordance with Rule 84.16(b).